PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
Dare Law, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: dare.law@*usdoj.gov*

**FILED & ENTERED**

**FEB 26 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

**ARKLAND INVESTMENT LLC**

    Debtor.

Case No.: 2:09-bk-46058 AA

Chapter 11

ORDER SETTING DEADLINES ON THE COURT'S STATUS CONFERENCE

Date: February 18, 2010
Time: 11:00 a.m.
Ctrm: 1375

    The Court's Status Conference was heard on the above date and time with appearances as noted on the record.  The Court having considered record in this case, it is hereby

    ORDERED THAT Debtor must give at least thirty day's notice of the claims bar date of March 30, 2010 to all creditors, and it is

    **FURTHER ORDERED THAT** the deadline by which Debtor must file its Disclosure Statement and related Plan of Reorganization shall be no later than **April 30, 2010,** and it is

    **FURTHERED ORDERED** that the Debtor must have its disclosure statement approved by this Court no later than **June 30, 2010** and

1

1 have its plan of reorganization confirmed no later than **August 30,**
2 **2010.**
3                                              # # #

23 *[signature: Alan M. Ahart]*
24 DATED: February 26, 2010
                                        United States Bankruptcy Judge

2

| In re: ARKLAND INVESTMENT, LLC | | CHAPTER | 11 |
|---|---|---|---|
| | Debtor(s) | CASE NUMBER | 2:09-bk-46058 AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as: PROPOSED ORDER SETTING DEADLINES ON THE COURT'S STATUS CONFERENCE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 18, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 18, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**
The Honorable Alan M. Ahart
255 E. Temple Street, Courtroom 1375
Los Angeles, CA  90012

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 18, 2010 | Carol Fusillier | /s/ Carol Fusillier |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: | ARKLAND INVESTMENT, LLC | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-bk-46058 AA |

## ADDITIONAL SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

NONE


**SERVICE BY MAIL**

Arkland Investment, LLC
3435 Wilshire Blvd.
Suite 1055
Los Angeles, CA 90010

Attorney for Debtor
Teresa A. Blasberg
Blasberg & Associates
526 N Juanita Ave
Los Angeles, CA 90004

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

4

| In re: | ARKLAND INVESTMENT, LLC | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-bk-46058 AA |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER SETTING DEADLINES ON THE COURT'S STATUS CONFERENCE

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 18, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9021-1.1**

| In re: ARKLAND INVESTMENT, LLC | | CHAPTER | 11 |
|---|---|---|---|
| | Debtor(s) | CASE NUMBER | 2:09-bk-46058 AA |

**ADDITIONAL SERVICE INFORMATION**
**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

dare.law@usdoj.gov
tablasberg@earthlink.net – attorney for Debtor
chenetz@blankrome.com – attorney for Universal Bank
jaychung@leeanavchung.com – attorney for Stuart Whang


**SERVICE BY MAIL**

Arkland Investment, LLC
3435 Wilshire Blvd.
Suite 1055
Los Angeles, CA 90010

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**