TERESA A. BLASBERG (# 105473)
BLASBERG & ASSOCIATES
526 N. Juanita Ave
Los Angeles, California 90004
Phone: (213) 239-0364
Fax: (323) 661-2940

**Attorneys for the Debtor**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 2:09-bk-46058-AA |
| ) | |
| ARKLAND INVESTMENT, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | NOTICE OF LAST DAY TO FILE PROOFS OF CLAIM |
| ) | |
| ) | **CLAIMS BAR DATE: MARCH 30, 2010** |

## NOTICE OF CLAIMS DEADLINE

The Bankruptcy Court has set a deadline of March 30, 2010 for creditors and holders of ownership interests in the above-referenced debtor to file proofs of claim against or proofs of interest in the debtor's estate.

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executory contracts or unexpired leases; (2) claims of governmental units; and (3) claims arising as a result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is: (a) 30 days after the date of entry of the order authorizing the rejection, or (b) by March 30, 2010, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the order for relief in this case, or (b) by March 30, 2010, whichever is later. 11 U.S.C. § 502(b)(9).

1  For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is 30 days after the entry of judgment avoiding the transfer, or (b) March 30, 2010, whichever is later.

If you are listed on the Schedules of Assets and Liabilities of Arkland Investment, LLC <u>and</u> your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, etc.) is correct.  11 U.S.C. § 1111(a).

If your claim or interest is not listed on the schedules <u>or</u> is scheduled as disputed, contingent, unliquidated or unknown, <u>or</u> you disagree with the amount or description scheduled for your claim or interest, you must file a proof of claim or interest.

**Failure of a creditor or interest holder to file timely a proof of claim or interest on or before the deadline may result in disallowance of the claim or interest or subordination under the terms of a plan of reorganization without further notice or hearing.  11 U.S.C. § 502(b)(9). Creditors and interest holders may wish to consult an attorney to protect their rights.**

Proofs of claim must be filed with the Clerk of the Court located at 255 E. Temple Street, Los Angeles, CA 90012.

Dated: February 26, 2010                    BLASBERG & ASSOCIATES


                                            By:/s/Teresa A Blasberg
                                                Teresa A. Blasberg
                                                Attorneys for the Debtor

- 2 -

| In re: | | CHAPTER: 11 |
|---|---|---|
| ARKLAND INVESTMENT, LLC | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-46058-AA |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
526 N., Juanita Ave, Los Angeles, CA 90004

A true and correct copy of the foregoing document described as  NOTICE OF LAST DAY TO FILE PROOFS OF CLAIM _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  2/26/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Chambers of the Hon. Alan Ahart, 255 E. Temple Street, Los Angeles, CA 90012

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/26/10 | Teresa A. Blasberg | _____ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                       F 9013-3.1

| In re: ARKLAND INVESTMENT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-46058-AA |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Universal Bank, 3455 Nogales Street, Second Floor, West Covina, CA 91792
Alexandra Kim, c/o Chang, 2395 Buckingham Ln.|Los Angeles, CA 90077
Christopher Joseph & Assoc., Inc., 11849 W. Olympic Blvd. #101, Los Angeles, CA 90064
Chuck Yea, 3435 Wilshire Blvd. #1055, Los Angeles, CA 90010
Corbel Architects,Inc., 3275 Wilshire Blvd. #210, Los Angeles, CA 90010
David Chang, 2395 Buckingham Ln., Los Angeles, CA 90077
Emil Joseph, 125 W. Mountain St. #303, Glendale, CA 91202
General Tool, Inc., 2025 Alton Parkway, Irvine, CA 90025
HIC Acceptance, LLC, attn: Steven R. Berardino, 4751 Wilshire Blvd. #207, Los Angeles, CA 90010
HM Global Partners,Inc., 2395 Buckingham Ln., Los Angeles, CA 90077
Internal Revenue Service, 300 N. Los Angeles St., MS 5022, Los Angeles, CA 90012
Jae Woo and Jae Hee Kim, c/o Gary Goodstein, Esq., Goodstein & Berman LLP|523 West Sixth St. #1228, Los Angeles, CA 90014
LA-Vegas Development, Inc., c/o Darren Le Montree, Esq., Wilson, Elser, Moskowitz, Edelman & Dick, 555 South Flower Street #2900, Los Angeles, CA 90071-2407
Mark VII, 1111 Santa Monica Blvd. #1400, Los Angeles, CA 90025
Niemann Properties, Inc., 4030 Palos Verdes Dr. #200, Rolling Hills Estates, CA 90274
Park & Velayos, 801 S. Figueroa St. #350, Los Angeles, CA 90017
Pilgrim School, 540 South Commonwealth Ave., Los Angeles, CA 90020
Stuart Whang, 2700 Wilshire Blvd., Los Angeles, CA 90057
Tiger Asset Management, Inc., c/o Darren Le Montree, Esq., Wilson, Elser, Moskowitz, Edelman & Dick, 555 South Flower Street #2900, Los Angeles, CA 90071-2407
United Commercial Bank, 1000 Corporate Center Dr. #100, Monterey Park, CA 91754
United States Trustee (LA), 725 S Figueroa St., 26th Floor, Los Angeles, CA 90017
Wil-Cren, LLC, 2025 Alton Parkway, Irvine, CA 90025
Stuart Whang, Colosseum Athletics Corporation, 2400 South Wilmington Avenue, Compton CA 90220
HD Supply Plumbing, Ltd., 3881 Old Winter Garden Road, Suite D, Orlando, FL 32805
Franchise Tax Board, Bankruptcy Section, P.O. Box 2952, Sacramento, CA 90063
Atlas Builder's Supply Co., 4207 Whiteside Street, Los Angeles, CA 90063
A-Pro Construction, 1713 Kilbourn Street, Los Angeles, CA 90065
East West Bank, P.O. Box 7670, San Francisco, CA 94120
Sara L. Chenetz, Blank Rome, 1925 Century Park East, 19th Floor, Los Angeles, CA 90067
Jay J. Chung, Lee Anav Chung LLP, 555 W. Fifth Street, 31st Floor, Los Angeles, CA 90013
Silvio F. Nardoni, 535 N. Brand Blvd., #501, Glendale, CA 91203
Russell Balisok, Balisok & Associates, 330 N. Brand Blvd., Suite 702, Glendale, CA 91203
KS Plumbing, c/o Law Office of Dale S. Kim, 3660 Wilshire Blvd., #240, Los Angeles, CA 90010
JC Kooler, c/o Law Office of Dale S. Kim, 3660 Wilshire Blvd., #240, Los Angeles, CA 90010
Parks Engineering and Construction Services, 17419 Sonora Ave, Cerritos, CA 90703
TIS, Inc., 29320 Las Terreno Lane, Valencia, CA 93154
Compton Steel Co., Inc., 510 E. Euclid Ave, Compton, CA 90222
General Boiler Company, Inc., 1546 East Adams Blvd., Los Angeles, CA 90011
JPY Inc., 25259 Bellaza Court, Stevenson's Ranch, Ca 91381
Atlas Builders Supply, 45207 Whiteside Street, Los Angeles, CA 90063
David Diaz, 2351 E. 126th Street, Compton, CA 90222
Radix Fire Protection, Inc., 1370 E. Washington Blvd., Los Angeles, CA 90021
Los Angeles County Tax Collector, P.O. Box 54018, Los Angeles, CA 90054
Holiday Electric, Inc. 1510 5th Ave, Los Angeles, CA 90019
Resco Electric, Inc., 2431 W. Washington Blvd., Los Angeles, CA 90018

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                        F 9013-3.1