PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL STURTEVANT SBN 089395
ASSISTANT UNITED STATES TRUSTEE
RUSSELL CLEMENTSON, SBN 143284
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
Russell.Clementson@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **ARKLAND INVESTMENTS, LLC.** | Case No. 2:09-bk-46058-AA |
| Debtor. | **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** |
| | (No Hearing Required) |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: 4/4/10

PETER C. ANDERSON
United States Trustee

By _/s/ Jill Sturtevant_
Jill Sturtevant
Assistant United States Trustee

# Exhibit "A"

# Exhibit "A"

1                                 EXHIBIT A

2 In re: ARKLAND INVESTMENTS, LLC.; 2:09-bk-46058 AA

3 Christopher A. Joseph & Associates, Inc.
c/o Mary O'Neill, Attorney at Law
4 3500 Stanford Avenue
Marina Del Rey, CA 90292
5 Telephone: (310) 473-1600
E-Mail: maryoo@me.com and chris@cajaeir.com
6
Niemann Properties, Inc.
7 c/o Daniel Niemann
4030 Palos Verdes Dr., North, Ste. 200
8 Rolling Hills Estate, CA 90274
Telephone: (310) 541-8210
9 E-Mail: dniemann@niemannproperties.com

10 Pilgrim School
c/o Estelle Dougherty, Business Manager
11 540 S. Commonwealth Avenue
Los Angeles, CA 90020
12 Telephone: (213) 355-5213
E-Mail: edougherty@pilgrim-school.org
13
Park and Velayos, LLP
14 c/o Frances Y. Park, Partner
801 S. Figueroa St., Ste. 350
15 Los Angeles, CA 90017
Telephone: (213) 570-8000
16 E-Mail: fpark@parkvelayos.com

17 Corbel Architechs
c/o David Seongbae Kim, President
18 3275 Wilshire Blvd., Suite 210
Los Angeles, CA 90010
19 Telephone: (213) 761-4951
E-Mail: dkim@corbelarchitects.com
20

21

22

23

24

25

26 ///

27 ////

28                                    2

| In re: Arkland Investments, LLC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-46058-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

A true and correct copy of the foregoing document described   NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS                                                                                 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 6, 2010_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On   April 6, 2010                                       I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   April 6, 2010                                 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin outside Suite 1382 for the Honorable Alan M. Ahart.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2010 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

3

F 9013-3.1

| In re: Arkland Investments, LLC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-46058-AA |

## ADDITIONAL SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
**United States Trustee (LA)** - ustpregion16.la.ecf@usdoj.gov
**Dare Law** - dare.law@usdoj.gov
**Teresa A. Blasberg** - tablasberg@earthlink.net (Debtor's Counsel)
**Sara Chenetz** - chenetz@blankrome.com
**Jay J Chung** - jaychung@leeanavchung.com
**John H Choi** - johnchoi@kpcylaw.com

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**DEBTOR**
**Arkland Investment, LLC**
3435 Wilshire Blvd.
Suite 1055
Los Angeles, CA 90010

**DEBTOR'S COUNSEL**
**Teresa A. Blasberg**
Blasberg & Associates
526 N Juanita Ave
Los Angeles, CA 90004

**OTHER INTERESTED PARTIES**
**Paul Park**
Kim Shapiro Park Lee & Ryu
3435 Wilshire Blvd #2050
Los Angeles, CA 90010

**CREDITOR'S COMMITTEE**
Christopher A. Joseph & Associates, Inc.
c/o Mary O'Neill, Attorney at Law
3500 Stanford Avenue
Marina Del Rey, CA 90292

Niemann Properties, Inc.
c/o Daniel Niemann
4030 Palos Verdes Dr., North, Ste. 200
Rolling Hills Estate, CA 90274

Pilgrim School
c/o Estelle Dougherty, Business Manager
540 S. Commonwealth Avenue
Los Angeles, CA 90020

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

4

F 9013-3.1

| In re: Arkland Investments, LLC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-46058-AA |

Park and Velayos, LLP
c/o Frances Y. Park, Partner
801 S. Figueroa St., Ste. 350
Los Angeles, CA 90017

Corbel Architechs
c/o David Seongbae Kim, President
3275 Wilshire Blvd., Suite 210
Los Angeles, CA 90010

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

5