| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Teresa A. Blasberg (#105473)<br>BLASBERG & ASSOCIATES<br>526 N. Juanita Ave<br>Los Angeles, CA  90004<br>Phone: (213) 239-0364<br>Fax: (323) 661-2940<br><br>*Attorney for* Arkland Investment, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>ARKLAND INVESTMENT, LLC<br><br><br>                                                                 Debtor. | CHAPTER  11<br><br>CASE NUMBER  2:09-bk-46058-AA<br><br>DATE:  5/26/10<br>TIME:  11:30 a.m.<br>COURTROOM:  1375 |
|---|---|

### NOTICE OF MOTION FOR:

ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT

*(Specify name of Motion)*

1. TO:  All Parties in Interest

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith.  Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)

---

**Hearing Date:** 5/26/10          **Time:** 11:30 a.m.          **Courtroom:** 1375          **Floor:** 13

☒ **255 East Temple Street, Los Angeles**          ☐ **411 West Fourth Street, Santa Ana**
☐ **21041 Burbank Boulevard, Woodland Hills**     ☐ **1415 State Street, Santa Barbara**
☐ **3420 Twelfth Street, Riverside**

---

4. **Deadline for Opposition Papers:**  This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1.  If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:**  The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 4/20/10

BLASBERG & ASSOCIATES
*Law Firm Name*

By: _____/s/Teresa A. Blasberg_____

Name: Teresa A. Blasberg
*Attorney for Movant*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-1.1**

Notice of Motion (with Hearing) - *Page 2*                                                                                       **F 9013-1.1**

| In re<br>ARKLAND INVESTMENT, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 2:09-bk-46058-AA |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
526 N. Juanita Ave, Los Angeles, CA 90004

A true and correct copy of the foregoing document described as NOTICE OF MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 4/20/10   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Sara Chenetz, chenetz@blankrome.com          Dare Law, darelaw@usdoj.gov
John H. Choi, johnchoi@kpcylaw.com           Dennis E. McGoldrick, dmcgoldricklaw@yahoo.com
Jay J. Chung, jaychung@leeanavchung.com      Charles Shamash, cs@locs.com, generalbox@locs.com
United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 4/20/10   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Chambers of the Hon. Alan M. Ahart, United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/20/10 | Teresa A. Blasberg | /s/Teresa A, Blasberg |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                **F 9013-1.1**

| In re<br>ARKLAND INVESTMENT, LLC<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:09-bk-46058-AA |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

United States Trustee (LA), Attn: Dare Law, 725 S. Figueroa St., 26th Floor, Los Angeles, CA 90017
Christopher A. Joseph & Associates, Inc., c/o Mary O'Neill, Esq., 3500 Stanford Ave, Marina Del Rey, CA 90292
Niemann Properties, Inc., c/o Daniel Niemann, 4030 Palos Verdes Dr., North, Ste. 200, Rolling Hills Estate, CA 90274
Park and Velayos, LLP c/o Francis Y. Park, Esq., 801 S. Figueroa St., Ste. 350, Los Angeles, CA 90017
Pilgrim School,  c/o Estelle Dougherty, 540 S. Commonwealth Ave, Los Angeles, CA 90020
Corbel Architects, c/o David Seongbae Kim, 3275 Wilshire Blvd, Suite 210, Los Angeles, CA 90010
Dennis McGoldrick, Esq. 350 S. Crenshaw Blvd., #A207B, Torrance, CA 90503
Sixth and Virgil, LLC, c/o Stuart Whang, 2700 Wilshire Blvd., Los Angeles, CA  90057
East West Bank, Attn: David Morris, 3237 East Guasti Road, Suite 110, Ontario, CA 91761
East West Bank, Attn: Maita Prout, Esq.,135 N. Los Robles, Ave, 6th Floor, Pasadena, CA 91101
Sara Chenetz, Esq., Blank Rome, 1925 Century Park E., Suite 1900, Los Angeles, CA 90067
Young S. Cho, 2700 Wilshire Blvd., Los Angeles, CA 90057
Stuart Whang   2700 Wilshire Blvd.  Los Angeles, CA 90057
Jay J. Chung, Esq., Lee Anav Chung LLP, 555 W. Fifth St., 31st Flr., Los Angeles, CA 90013
Choong Y. Yea, 3435 Wilshire Blvd, Ste. 1055, Los Angeles, CA  90010-1942
Paul Park, Esq., Kim Shapiro Park Lee & Ryu, 3435 Wilshire Blvd., Ste 2050, Los Angeles, CA 90010
Emil Joseph, 125 W. Mountain St. #303, Glendale, CA 91202-1930
Franchise Tax Board, Bankruptcy Section MSA340, P.O. Box 2952, Sacramento, CA 95812
JPY, Inc., 25259 Bellaza Court, Stevenson Ranch, CA 91381
Emil & Mary Joseph, c/o Law Office of Eric Anvari, 21112 Ventura Blvd., Ste. 200, Woodland Hills, CA 91364
Jae Woo & Jae Hee Kim, c/o Gary Goodstein, Esq., Goodstein & Berman, LLP, 523 W. Sixth St., #1228, Los Angeles, CA 90014
Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 21126, Philadelphia, PA 19114-0326
HIC Acceptance, LLC, c/o Molino & Associates, 4751 Wilshire Blvd., #207, Los Angeles, CA 90010
HIC Acceptance, LLC, attn: Steven R. Berardino, 4751 Wilshire Blvd., #207, Los Angeles, CA 90010
Los Angeles County Tax Collector, P.O. Box 54018, Los Angeles, CA 90054
Mark VII, 1111 Santa Monica Blvd., #1400, Los Angeles, CA 90025
Universal Bank, 3455 Nogales, Street, Second Floor, West Covina, CA 91792
LA-Vegas Development, Inc. & Tiger Asset Mangement, c/o Darren Le Montree, Esq., Wilson, Elser, Moskowitz, Edelman & Dick, 555 S. Flower St., #2900, Los Angeles, CA 90071-2407
HD Supply Plumbing, Ltd., 3881 Old Winter Garden Road, Suite D, Orlando, FL 32805
Atlas Builder's Supply, 4207 Whiteside St., Los Angeles, CA 90063
KS Plumbing, c/o Law Office of Dale S. Kim, 3660 Wilshire Blvd., #240, Los Angeles, CA 90010
JC Kooler, c/o Law Office of Dale S. Kim, 3660 Wilshire Blvd., #240, Los Angeles, CA 90010
Parks Engineering and Construction Services, 17419 Sonora AVe, Cerritos, CA 90703
TIS, Inc., 29320, Las Terreno Lane, Valencia, CA 93154
Compton Steel Co., Inc., 510 E. Euclid Ave, Compton, CA 90222
General Boiler Company, Inc., 1546, East Adams Blvd., Los Angeles, CA 90011
Radix Fire Protection, Inc., 1370 E. Washington Blvd., Los Angeles, CA 90021
Holiday Electric, Inc., 1510 5th Ave, Los Angeles, CA 90019
Resco Electric, Inc., 2431 W. Washington Blvd., Los Angeles, CA 90018
HM Global Partners, Inc., 2395 Buckingham Lane, Los Angeles, CA 90077
David Chang, 2395 Buckingham Lane, Los Angeles, CA 90077
Silvio Nardoni, 535 N. Brand Blvd., #501, Glendale, CA 91203
Russell Balisok, Balisok & Associates, 330 N. Brand Blvd., Suite 702, Glendale, CA 91203
Alexandra Kim, c/o Chang, 2395 Buckingham Lane, Los Angeles, CA 90077
General Tool, Inc., 2025 Alton Parkway, Irvine, CA 90067
Wil-Cren, LLC, 2025 Alton Parkway, Irvine, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.1