| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. (SBN 143271)<br>Eve A. Marsella, Esq. (SBN 165797)<br>CLARKSON, GORE & MARSELLA, APLC<br>3424 Carson Street, Suite 350<br>Torrance, California 90503<br>(310) 542-0111<br>(310) 213-7254<br><br>*Attorney for* HIC Acceptance, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Arkland Investments, LLC

Debtor.

vs.

Plaintiff(s),

Defendant(s).

CHAPTER 11

CASE NUMBER 2:09-bk-46058-AA

ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*: HIC Acceptance, LLC

2. The name, address and telephone number of the New Attorney are *(specify)*: Smith | Campbell | Clifford | Kearney | Gore, APLC, 3424 Carson Street, Suite 350, Torrance, California, Tel No. (310) 542-0111

3. New Attorney hereby appears in the following matters:    [X] The case    [ ] The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Scott C. Clarkson, Esq.
   Clarkson, Gore & Marsella, APLC

Dated: January 14, 2011

HIC Acceptance, LLC
Type Name of Party

Signature of Party

I consent to the above substitution.

Dated: January 10, 2011

Scott C. Clarkson, Esq.
Type Name of Present Attorney

Signature of Present Attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: January 17, 2011
Christine M. Fitzgerald, Esq.
Type Name of New Attorney

Signature of New Attorney

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4
F2090l4

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street, Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described as _ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *January 18, 2011* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On *January 18, 2011* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2011 | Brenda L. Campos | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                        F 9013-3.1.PROOF.SERVICE

# SERVICE LIST

### Section I

### Served via NEF by the court

### Counsel for the Debtor
Teresa A. Blasberg    tablasberg@earthlink.net

### U.S. Trustee
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

### Counsel for the U.S. Trustee
Dare Law    dare.law@usdoj.gov

### Counsel for the Creditor Committee
Dennis E Mcgoldrick    dmcgoldricklaw@yahoo.com

### U.S. Trustee
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

### Counsel for HIC Acceptance, LLC
Scott C Clarkson    sclarkson@lawcgm.com
Christine M Fitzgerald    cfitzgerald@scckg.com

### Also Served on:
Sara Chenetz    chenetz@blankrome.com
John H Choi    johnchoi@kpcylaw.com
Jay J Chung    jaychung@leeanavchung.com
Peter F Jazayeri    jazayeri@blankrome.com
Charles Shamash    cs@locs.com, generalbox@locs.com
Stuart I Koenig    Skoenig@cmkllp.com
Seong Hoo Choi    seonghchoi@leeanavchung.com

### Section II

### Served via US Mail

#### Judge
Honorable Alan M. Ahart
United States Bankruptcy Court
255 East Temple Street, Suite 1382
Los Angeles, CA 90012