Jay J. Chung (State Bar No. 181003)
LEE ANAV CHUNG LLP
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Tel: (213) 341-1602
Fax: (213) 947-4201
E-mail: jaychung@leeanavchung.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ARKLAND INVESTMENTS, LLC<br><br>Debtor | CASE NO. LA09-bk-46058-AA<br><br>Filed: December 20, 2009<br><br>**YOUNG CHO'S NOTICE OF MOTION AND MOTION TO DISMISS THE DEBTOR'S CHAPTER 11 CASE PURSUANT TO SECTION 1112(B) OF THE BANKRUPTCY CODE**<br><br>**REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY**<br><br>Date: March 23, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom 1375<br>255 E. Temple Street<br>Los Angeles, Calif. 90012 |

**PLEASE TAKE NOTICE** that on March 23, 2011, at 11:00 a.m. ("Hearing"), in Courtroom 1375 of the United States Bankruptcy Court for the Central District of California, Los Angeles Division, located at 255 E. Temple Street, Los Angeles, California 90013, Mr. Young Cho (hereinafter "Cho") will and hereby does move the Court pursuant to 11 U.S.C. §1112(b) for an order dismissing this Chapter 11 case, or, in the alternative, pursuant to 11 U.S.C. §362, granting Cho relief from the automatic stay as to certain real property located at 2700 Wilshire Boulevard, Los Angeles, California 90057 (the "Real Property").

This Motion is based upon this Notice and Motion, the accompanying Memorandum of Points and Authorities in Support of Young Cho's Motion for Dismissal or, in the Alternative, for Relief From the Automatic Stay, the accompanying Request for Judicial Notice, Declaration of Young Cho, the Declaration of Mr. Jay J. Chung and exhibits thereto, the papers and pleadings on file in this case, and such other evidence that may be presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any party seeking to object to the relief sought must, not later than 14 days before the Hearing date, file written objections with the Clerk of the Bankruptcy Court and serve copies on the Bank's counsel named in the upper left-hand corner and the United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, California 91367.  Any objections not timely filed and served may be deemed waived.

Respectfully submitted this 23rd day of February, 2011.

LEE ANAV CHUNG LLP
By:_

_____
Jay J. Chung
Attorneys for YOUNG CHO